Order issued November 7, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01361-CV

## BOULDER CREEK ACADEMY AND SHEILA TART-ZELVIN, Appellants

## V.

## ART KLINE, BRIDGET KLINE, AND DAVIS KLINE, Appellees

## ORDER

Before Justices Morris, O'Neill, and Lang-Miers

The Motion for Rehearing filed by appellant is hereby OVERRULED.

MICHAEL O'NEILL
JUSTICE